FILED

11/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0616

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

ANTHONY THOMAS DISHON,

> Defendant and Appellant.

## ORDER TO CONSOLIDATE CASES

Upon consideration of the Appellant's motion to consolidate cases, having no objection from the State and with good cause appearing, Appellant's motion to consolidate is GRANTED. It is hereby ORDERED that Cause Nos. DA 21-0616 and DA 21-0617 be consolidated for the purposes of appeal under **Cause No. DA 21-0616**.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 22 2022